**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

SHADE BRADFORD,

    Plaintiff,

v.                                             CASE NO: 22-CV-11270

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

                                                   ENTERED BY ORDER OF THE COURT

Dated: January 19, 2023                 s/Lisa Wagner
                                                   LISA G. WAGNER, CASE MANAGER AND
                                                   DEPUTY CLERK TO THE HONORABLE
                                                   ROBERT H. CLELEND